UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT PEDRO, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. C14-909-RAJ-JPD <br><br> ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |

Based upon the unopposed motion of defendant, Dkt.15, as well as the declaration of Catherine Escobar, Dkt. 16, it is hereby ORDERED that the motion is GRANTED, and that the briefing schedule in this matter is amended as follows:

- Defendant's Responsive Brief is due on or before January 7, 2015; and
- Plaintiff's optional Reply Brief is due on or before January 21, 2015.

DATED this 5th day of December, 2014.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 1