UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT PEDRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. C14-909-RAJ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

　　　　This matter comes before the court on the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge.  The court notes that no one has objected to the R&R.  The court has reviewed the R&R and ADOPTS it.  Dkt. # 20.  The court therefore REVERSES the final decision of the Commissioner and REMANDS this case to the Social Security Administration for further proceedings consistent with the R&R.  The clerk shall enter judgment for Plaintiff and ensure that Judge Donohue receives notice of this order.

　　　　DATED this 6th day of April, 2015.

　　　　　　　　　　　　　　　　　　　　*(signature)*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

ORDER REMANDING CASE
PAGE - 1